IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02463-ZLW

BENAD ABIODUN,

    Plaintiff,

v.

MARIO R. ORTIZ,
JANET GIBSON,
GREG JENSON,
TONY ROCCO, and
DEPARTMENT OF HOMELAND SECURITY,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 17 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's "Request for any Existing Order" filed on January 12, 2007, is GRANTED. The clerk of the Court is directed to mail to Plaintiff a copy of the Court's Order and Judgment of Dismissal filed in this action on December 20, 2006.

Dated: January 17, 2007

Copies of this **Minute Order, and a copy of the Order of Dismissal filed 12/20/06** were mailed on January 17, 2007, to the following:

Benad Abiodun
Prisoner No. K87
Aurora/ICE Processing Center
11901 E. 30th Ave.
Aurora, CO 80010

_____
Secretary/Deputy Clerk